# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| OSCAR RUBEN APAC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-24-CV-125-KC |
| | § | |
| JTC STORES, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 14. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 5th day of August, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE